■ In the Matter of DOLORES S. BOLATIN, Respondent, v. ALFRED J. HEMLOCK et al., Appellants.—Motion by appellants for a stay, pending appeal, denied. Cross motion by respondent to dismiss appeal, denied without prejudice to renewal on the argument of the appeal. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ In the Matter of JOCELYN HALL, Respondent, v. CARL HALL, Appellant.— Motion by appellant to reinstate appeal which was dismissed on the calendar call by reason of his default, denied. Cross motion by respondent for an award of counsel fees for opposing the appeal, denied. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SHAFTER F. PORTER, Appellant.— Motion by appellant to withdraw appeal from an order, dated July 7, 1959, which denied his motion for a free copy of the record, granted; appeal withdrawn. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. WILLIAM BLAKE, Defendant.— Motion by defendant to vacate order dated April 12, 1957, dismissing his appeal from an order denying his *coram nobis* application, denied. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ MORRIS CALIN, Respondent, v. MARY ZARRELLA et al., Appellants.— On the call of the calendar, appeal dismissed. There was no appearance for appellants and appellants failed to comply with an order of this court, dated September 24, 1962, requiring them to perfect their appeal for the December 1962 Term. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ ROSE CATAPANO, as Administratrix, Appellant, v. IMPRESSIVE HOMES, INC. et al., Defendants-Respondents, and THIRD-PARTY Plaintiffs. MILFORD CONSTRUCTION CORPORATION, Third-Party Defendant.— Motion by the defendant third-party plaintiff, Impressive Homes, Inc., to direct the plaintiff-appellant to include in her record on appeal the movant's notice of appeal, and for other relief, denied.— Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ JOSEPHINE CINTURA et al., Appellants, v. FEDERICO CONTRACTING CO. INC., Respondent.— Motion by respondent to dismiss appeal, granted; appeal dismissed. Beldock, P. J., Kleinfeld, Christ, Rabin and Hopkins, JJ., concur.

■ NOELIA DAVILA, as Administratrix, Respondent, v. DURALDO REALTY Co. INC., Appellant, et al., Defendants.— Motion by appellant for a stay, pending appeal, denied. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.

■ BEN WELLENS et al., Copartners Doing Business under the Name of KATHY LAND Co., Appellants, v. PALISADES INTERSTATE PARK COMMISSION et al., Respondents.— Motion by appellants for leave to appeal to the Court of Appeals, denied. Ughetta, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ MATILDA NELLI et al., Appellants, v. NATIONAL SURETY CORPORATION, Respondent.— On the call of the calendar, upon motion by respondent, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated September 12, 1962, requiring them to perfect their appeal for the November 1962 Term. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.